No. 10, Original. ARIZONA v. CALIFORNIA ET AL. The motion of California defendants for leave to file an amended answer is granted. The motion to join as parties the States of Colorado, New Mexico, Utah, and Wyoming is hereby referred to George I. Haight, Special Master, to hear the parties and report with all convenient speed his opinion and recommendation as to whether the motion should be granted. THE CHIEF JUSTICE took no part in the consideration or decision of these motions. *Ross F. Jones,* Attorney General, *Howard F. Thompson,* Special Assistant Attorney General, *John H. Moeur, Burr Sutter, Theodore Kiendl* and *Perry M. Ling* for the State of Arizona, complainant. *Edmund G. Brown,* Attorney General, *Northcutt Ely, Robert L. McCarty, Prentiss Moore* and *Gilbert F. Nelson,* Assistant Attorneys General, and *Charles E. Corker* and *Burton J. Gindler,* Deputy Attorneys General, for the State of California, *Francis E. Jenney* for the Palo Verde Irrigation District, *Harry W. Horton* and *R. L. Knox, Jr.* for the Imperial Irrigation District, *Earl Redwin* for the Coachella Valley County Water District, *James H. Howard, Charles C. Cooper, Jr., Donald M. Keith, Alan Patten* and *Frank P. Doherty* for the Metropolitan Water District of Southern California, *Roger Arnebergh* for the City of Los Angeles, and *T. B. Cosgrove* for the City of San Diego, defendants. *Harvey Dickerson,* Attorney General, *William N. Dunseath* and *John W. Barrett,* Deputy Attorneys General, *W. T. Mathews* and *William J. Kane,* Special Assistant Attorneys General, and *H. W. Edwards* for the State of Nevada, intervener. *Duke W. Dunbar,* Attorney General, and *Hatfield Chilson,* Special Assistant Attorney General, for the State of Colorado, and *Howard B. Black,* Attorney General, for the State of Wyoming. *Richard Robinson,* Attorney General, and *Fred E. Wilson,* Special Assistant Attorney General, for the State of New Mexico. *E. R. Callister,* Attorney General, and *Ken Chamberlain,* Assistant Attorney General, for the State of Utah.